| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 16-34431 / MBK**

Alexis Ann Buhl

Petition Filed Date: 12/27/2016
341 Hearing Date: 03/23/2017
Confirmation Date: 06/14/2017

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $1,035.00 | 65200100 | 02/28/2020 | $1,035.00 | 65893600 | 03/25/2020 | $1,035.00 | 66601710 |
| 04/24/2020 | $1,035.00 | 67336430 | 05/27/2020 | $1,035.00 | 68141740 | 06/26/2020 | $1,035.00 | 68883250 |
| 07/29/2020 | $1,035.00 | 69689240 | 08/31/2020 | $1,035.00 | 70430540 | 10/05/2020 | $1,035.00 | 71317110 |
| 11/02/2020 | $1,035.00 | 71934470 | 11/30/2020 | $1,035.00 | 72598810 | 01/04/2021 | $1,035.00 | 73451660 |
| 01/27/2021 | $1,035.00 | 74045010 | | | | | | |

**Total Receipts for the Period: $13,455.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $48,190.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alexis Ann Buhl | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,410.00 | $3,410.00 | $0.00 |
| 1 | STERLING JEWELERS, INC.<br>»» JARED/PAY IN FULL (PLAN) | Secured Creditors | $3,342.66 | $3,342.66 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $982.91 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» JERSEY SHORE UMC | Unsecured Creditors | $100.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» TIDAL EMERGENCY PHYSICIANS | Unsecured Creditors | $576.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2003 | Secured Creditors | $1,147.05 | $1,147.05 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2014 | Priority Crediors | $10,235.03 | $2,181.07 | $8,053.96 |
| 7 | INTERNAL REVENUE SERVICE<br>»» 2003, 2005-2006, 2011-2012 | Unsecured Creditors | $20,473.80 | $0.00 | $0.00 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $1,292.82 | $0.00 | $0.00 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsecured Creditors | $265.74 | $0.00 | $0.00 |
| 10 | MONMOUTH OCEAN HOSPITAL SERVICE CORP. | Unsecured Creditors | $1,915.08 | $0.00 | $0.00 |
| 11 | QUICKEN LOANS INC<br>»» P/21 CLIFFWOOD DR/1ST MTG/ORDER 6/14/1 | Mortgage Arrears | $31,437.10 | $31,437.10 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»» 2013-2014 | Priority Crediors | $2,745.84 | $585.13 | $2,160.71 |

**Chapter 13 Case No. 16-34431 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | NJ DIVISION OF TAXATION<br>»» 2005-2006,2009,2012 | Unsecured Creditors | $3,766.00 | $0.00 | $0.00 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $871.84 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $2,235.78 | $0.00 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $2,094.27 | $0.00 | $0.00 |
| 17 | Wells Fargo Dealer Services<br>»» 2014 KIA FORTE | Debt Secured by Vehicle<br>No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 7/6/17 | Attorney Fees | $900.00 | $900.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $48,190.00 | Percent to General Unsecured Creditors: 0% | |
| Paid to Claims: | $43,003.01 | Current Monthly Payment: | $1,035.00 |
| Paid to Trustee: | $3,243.27 | Arrearages: | $596.00 |
| Funds on Hand: | $1,943.72 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**