UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>ALEXIS BUHL, Debtor | Case No.: 16-34431<br>Chapter: 13<br>Judge: MBK |

### NOTICE OF PROPOSED PRIVATE SALE

_____Alexis Buhl_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __April 20, 2021__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 21 Cliffwood Drive, Neptune, NJ 07753

Proposed Purchaser: John and Mary Lou Jennings

Sale price: $521,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Coldwell Banker / Oliver & Legg, LLC
Amount to be paid: 2.5% of Sale Price / $2,500.00
Services rendered: Real Estate Broker / Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq of OLIVER & LEGG, LLC

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Alexis Ann Buhl  
    Debtor

Case No. 16-34431-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 30, 2021      Form ID: pdf905      Total Noticed: 58

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis Ann Buhl, 21 Cliffwood Drive, Neptune, NJ 07753-5895 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | United Teletech Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 516566689 | + | Alert Ambulance, P.O. Box 192, Brick, NJ 08723-0192 |
| 516566693 | + | Celetano, Stadtmauer & Walentowicz, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 516566694 | + | Convergent, PO Box 1022, Wixom, MI 48393-1022 |
| 516566697 | + | Foreclosure Processing Services, Superior Court Clerk, PO Box 971, Trenton, NJ 08625-0971 |
| 516566698 | + | Gem Ambulance LLC, Po Box 826611, Philadelphia, PA 19182-6611 |
| 516566699 | + | Genesis Healthcare, 3 Industrial Way East, Eatontown, NJ 07724-3318 |
| 516566702 | + | Jersey Shore Center, Po Box 7247-6522, Philadelphia, PA 19170-0001 |
| 516566703 | + | Jersey Shore IP-Meridian, 1929 State Rt 33, Neptune, NJ 07753 |
| 516566704 | + | Jersey Shore University Medical Center, P.O. Box 650292, Dallas, TX 75265-0292 |
| 516566705 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 516683689 | + | Monmouth Ocean Hospital Svc. Corp., C/O GEM Recovery Sys., 99 Kinderkamack Rd., Ste. 307, Westwood, NJ 07675-3021 |
| 516566709 | + | Neptune Garden Nursing And Rehab LLC, 101 Walnut Street, Neptune, NJ 07753-4301 |
| 516566710 | + | Neptune Gardens, 101 Walnut Street, Neptune, NJ 07753-4301 |
| 516566711 | + | Neuropsychology and Counseling Asso., 1683 Route 88, Suite A, Brick, NJ 08724-3065 |
| 516566712 | + | New Jersey Ez-Pass, RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 516566713 | + | New Jersey Turnpike Authority, 5581 Main St Admin Bldg, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 516566714 | | Omniacare of Edison, Po Box 713611, Cincinnati, OH 45271-3611 |
| 516806787 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516566716 | + | PAM LLC New Jersey E-Z Pass, Po Box 1642, Milwaukee, WI 53201-1642 |
| 516566717 | + | Phelan Hallinan & Diamond & Jones, Pc., 400 Fellowhsip Road Suite 100, Mount Laurel, NJ 08054-3437 |
| 516566719 | + | Regional Cancer Care Associates LLC, 25 Main Street, Hackensack, NJ 07601-7083 |
| 516566720 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516566724 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 187, Trenton, NJ 08695-0187 |
| 516566723 | + | Shore Radiation Oncology LLC, PO Box 845592, Dallas, TX 75284-5592 |
| 516566726 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 516566727 | + | United Teletech Fin Fc, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 516566728 | + | University Radiology Group, P.O. Box 1075, East Brunswick, NJ 08816-1075 |
| 516566729 | + | Usaa Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 516566730 | + | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 516566732 | + | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 30 2021 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 16-34431-MBK    Doc 60    Filed 04/01/21    Entered 04/02/21 00:16:59    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: pdf905 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 30 2021 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 30 2021 21:03:00 | Internal Revenue Service, PO Box 7436, Philadelphia, PA 19101-7436 |
| lm | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2021 21:04:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 516652240 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 30 2021 22:14:14 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516566691 | + | Email/Text: bnc-capio@quantum3group.com | Mar 30 2021 21:03:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 516566692 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 30 2021 22:07:43 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516566695 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 30 2021 21:04:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 516566707 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 30 2021 22:02:07 | Macy, Po Box 8061, Mason, OH 45040 |
| 516786284 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2021 21:03:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516566696 | + | Email/Text: EBN_Waco@Receivemorermp.com | Mar 30 2021 21:04:00 | Financial Control Services, 200 N. New Road,, P O Box 21626, Waco, TX 76702-1626 |
| 516566701 | + | Email/Text: BKRMailOPS@weltman.com | Mar 30 2021 21:03:00 | Jared the Galleria Of Jewelry, PO Box 740425, Cincinnati, OH 45274-0425 |
| 516566706 | + | Email/Text: bkrpt@retrievalmasters.com | Mar 30 2021 21:03:00 | Laboratory Corp of america, c/o AMCA, Po Box 1235, Elmsford, NY 10523-0935 |
| 516566708 | | Email/Text: Meridianbankruptcy@hackensackmeridian.org | Mar 30 2021 21:04:00 | Meridian Health, PO Box 397, Neptune, NJ 07754-0397 |
| 516566715 | + | Email/Text: bcwrtoff@cablevision.com | Mar 30 2021 21:04:00 | Optimum, 1501 18th Ave., Belmar, NJ 07719-3721 |
| 516819001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2021 22:01:56 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518174207 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2021 21:04:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516611473 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2021 21:03:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516611474 | | Email/Text: bnc-quantum@quantum3group.com | Mar 30 2021 21:03:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516566718 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2021 21:04:00 | Quicken Loans, 1050 Woodwad Ave, Detroit, MI 48226-3573 |
| 516566722 | | Email/Text: bkrpt@retrievalmasters.com | Mar 30 2021 21:03:00 | RMCB, P. O. Box 1235, Elmsford, NY 10523-0935 |
| 516566721 | + | Email/Text: bankruptcy@certifiedcollection.com | Mar 30 2021 21:03:00 | Riverview Op-Meridian Heathsystem, C/o Certified Credit & Collection Bureau, P.O. Box 336, Raritan, NJ 08869-0336 |
| 516584788 | + | Email/Text: ecf@buckleyking.com | Mar 30 2021 21:03:00 | Sterling Jewelers, Inc., dba Jared The Galleria of Jewelry, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 516566725 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 30 2021 21:04:00 | Transworld Systems Inc, Po Box 15520, Wilmington, DE 19850-5520 |
| 516566731 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 30 2021 21:02:00 | Verizon, 500 Technology Dr, Suite 500, Weldon |

| | | | |
|---|---|---|---|
| Case 16-34431-MBK | Doc 60 | Filed 04/01/21 | Entered 04/02/21 00:16:59 Desc Imaged |
| | Certificate of Notice | Page 5 of 5 | |

District/off: 0312-3      User: admin      Page 3 of 3
Date Rcvd: Mar 30, 2021      Form ID: pdf905      Total Noticed: 58

Spring, MO 63304-2225

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516688711 | | QUICKEN LOANS INC. |
| 516636602 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 516566700 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 516710005 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516566690 | ##+ | Amer Assist A/R Solutions, 445 Hutchinson Ave, Suite 500, Columbus, OH 43235-8616 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor QUICKEN LOANS INC. shay@bbs-law.com jpshay@gmail.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Nicholas V. Rogers | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Alexis Ann Buhl courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 8