UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

Order Filed on April 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALEXIS BUHL

| | |
|---|---|
| Case Number: | 16-34431 |
| Hearing Date: | 04/20/2021 |
| Judge: | MBK |
| Chapter: | 13 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☐ | Followed | ☐ | Modified |

# ORDER TO AVOID LIEN(S) IN A CHAPTER 13 CASE
# PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: April 20, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Lien(s) on the property described as _____21 Cliffside Drive, Neptune, NJ 07753_____, Block 5209, Lot 4 and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. _____Alert Ambulance Service / DJ-190884-2016_____

2. _____

3. _____

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

*rev.8/1/15*