UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor Quicken Loans, LLC

In Re:

Alexis Ann Buhl,

Debtor.

Case No.:    16-34431 MBK

Chapter:    13

Hearing Date: _____

Judge:    Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Amended Proof of Claim (Claim #9-2) filed on 04/10/2019

_____

Date: 05/24/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*