Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−34431−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Alexis Ann Buhl
  21 Cliffwood Drive
  Neptune, NJ 07753

Social Security No.:
  xxx−xx−6846

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       7/14/21
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
fee: $3,098

EXPENSES
expenses: $188

If this is a chapter 13 case, the fees and expenses awarded:

☑  will not reduce the amount to be paid to general unsecured creditors under the plan.

☐  will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 2, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alexis Ann Buhl  
    Debtor

Case No. 16-34431-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jun 02, 2021      Form ID: 137      Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alexis Ann Buhl, 21 Cliffwood Drive, Neptune, NJ 07753-5895 |
| r | + | Coldwell Banker Realty, 1512 Highway 138, Wall, NJ 07719-3706 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | United Teletech Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 516566689 | + | Alert Ambulance, P.O. Box 192, Brick, NJ 08723-0192 |
| 516566693 | + | Celetano, Stadtmauer & Walentowicz, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 516566694 | + | Convergent, PO Box 1022, Wixom, MI 48393-1022 |
| 516566697 | + | Foreclosure Processing Services, Superior Court Clerk, PO Box 971, Trenton, NJ 08625-0971 |
| 516566698 | + | Gem Ambulance LLC, Po Box 826611, Philadelphia, PA 19182-6611 |
| 516566699 | + | Genesis Healthcare, 3 Industrial Way East, Eatontown, NJ 07724-3318 |
| 516566702 | + | Jersey Shore Center, Po Box 7247-6522, Philadelphia, PA 19170-0001 |
| 516566703 | + | Jersey Shore IP-Meridian, 1929 State Rt 33, Neptune, NJ 07753 |
| 516566704 | + | Jersey Shore University Medical Center, P.O. Box 650292, Dallas, TX 75265-0292 |
| 516566705 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 516683689 | + | Monmouth Ocean Hospital Svc. Corp., C/O GEM Recovery Sys., 99 Kinderkamack Rd., Ste. 307, Westwood, NJ 07675-3021 |
| 516566709 | + | Neptune Garden Nursing And Rehab LLC, 101 Walnut Street, Neptune, NJ 07753-4301 |
| 516566710 | + | Neptune Gardens, 101 Walnut Street, Neptune, NJ 07753-4301 |
| 516566711 | + | Neuropsychology and Counseling Asso., 1683 Route 88, Suite A, Brick, NJ 08724-3065 |
| 516566712 | + | New Jersey Ez-Pass, RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 516566713 | + | New Jersey Turnpike Authority, 5581 Main St Admin Bldg, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 516566714 | | Omniacare of Edison, Po Box 713611, Cincinnati, OH 45271-3611 |
| 516566716 | + | PAM LLC New Jersey E-Z Pass, Po Box 1642, Milwaukee, WI 53201-1642 |
| 516566717 | + | Phelan Hallinan & Diamond & Jones, Pc., 400 Fellowshsip Road Suite 100, Mount Laurel, NJ 08054-3437 |
| 516566719 | + | Regional Cancer Care Associates LLC, 25 Main Street, Hackensack, NJ 07601-7083 |
| 516566720 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516566724 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 187, Trenton, NJ 08695-0187 |
| 516566723 | + | Shore Radiation Oncology LLC, PO Box 845592, Dallas, TX 75284-5592 |
| 516566726 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 516566728 | + | University Radiology Group, P.O. Box 1075, East Brunswick, NJ 08816-1075 |
| 516566729 | + | Usaa Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 516566730 | + | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2021 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2021 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| Recip ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| cr | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2021 21:46:00 | Internal Revenue Service, PO Box 7436, Philadelphia, PA 19101-7436 |
| lm | + Email/Text: bankruptcyteam@quickenloans.com | Jun 02 2021 21:47:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 516566690 | + Email/Text: bankruptcies@amerassist.com | Jun 02 2021 21:48:00 | Amer Assist A/R Solutions, 445 Hutchinson Ave, Suite 500, Columbus, OH 43235-8616 |
| 516652240 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 02 2021 22:11:12 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516566691 | + Email/Text: bnc-capio@quantum3group.com | Jun 02 2021 21:46:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 516566692 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 02 2021 22:10:03 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516566695 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 02 2021 21:47:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 516566707 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2021 22:11:08 | Macy, Po Box 8061, Mason, OH 45040 |
| 516786284 | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2021 21:46:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516566696 | + Email/Text: EBN_Waco@Receivemorermp.com | Jun 02 2021 21:47:00 | Financial Control Services, 200 N. New Road,, P O Box 21626, Waco, TX 76702-1626 |
| 516566701 | + Email/Text: BKRMailOPS@weltman.com | Jun 02 2021 21:46:00 | Jared the Galleria Of Jewelry, PO Box 740425, Cincinnati, OH 45274-0425 |
| 516566706 | + Email/Text: bkrpt@retrievalmasters.com | Jun 02 2021 21:46:00 | Laboratory Corp of america, c/o AMCA, Po Box 1235, Elmsford, NY 10523-0935 |
| 516566708 | Email/Text: Meridianbankruptcy@hackensackmeridian.org | Jun 02 2021 21:47:00 | Meridian Health, PO Box 397, Neptune, NJ 07754-0397 |
| 516566715 | + Email/Text: bcwrtoff@cablevision.com | Jun 02 2021 21:47:00 | Optimum, 1501 18th Ave., Belmar, NJ 07719-3721 |
| 516806787 | + Email/PDF: rmscedi@recoverycorp.com | Jun 02 2021 22:12:14 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516819001 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2021 22:11:08 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518174207 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 02 2021 21:47:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516611473 | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2021 21:46:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516611474 | Email/Text: bnc-quantum@quantum3group.com | Jun 02 2021 21:46:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516566718 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 02 2021 21:47:00 | Quicken Loans, 1050 Woodwad Ave, Detroit, MI 48226-3573 |
| 516566722 | Email/Text: bkrpt@retrievalmasters.com | Jun 02 2021 21:46:00 | RMCB, P. O. Box 1235, Elmsford, NY 10523-0935 |
| 516566721 | + Email/Text: bankruptcy@certifiedcollection.com | Jun 02 2021 21:46:00 | Riverview Op-Meridian Heathsystem, C/o Certified Credit & Collection Bureau, P.O. Box 336, Raritan, NJ 08869-0336 |
| 516584788 | + Email/Text: ecf@buckleyking.com | Jun 02 2021 21:46:00 | Sterling Jewelers, Inc., dba Jared The Galleria of Jewelry, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 516566725 | + Email/Text: bankruptcydepartment@tsico.com | Jun 02 2021 21:47:00 | Transworld Systems Inc, Po Box 15520, Wilmington, DE 19850-5520 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: 137 | Total Noticed: 60 |

| 516566727 | | Email/Text: opsdept@utcu.org | | |
| --- | --- | --- | --- | --- |
| | | | Jun 02 2021 21:46:00 | United Teletech Fin Fc, 205 Hance Ave, Tinton Falls, NJ 07724 |
| 516566731 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jun 02 2021 21:45:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 516566732 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 02 2021 22:10:07 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 516688711 | | QUICKEN LOANS INC. |
| 516636602 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 516566700 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 516710005 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2021        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor QUICKEN LOANS INC. shay@bbs-law.com jpshay@gmail.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Nicholas V. Rogers | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| Robert Cameron Legg | on behalf of Debtor Alexis Ann Buhl clegg@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Jun 02, 2021 | Form ID: 137 | Total Noticed: 60

William H. Oliver, Jr.
        on behalf of Debtor Alexis Ann Buhl courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 9