UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

Order Filed on June 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALEXIS BUHL,

        Debtor.

Case No.:        16-34431

Hearing Date:   April 20, 2021

Chapter:              13

Judge:                MBK

SECOND REVISED
**ORDER AUTHORIZING**
**SALE OF REAL PROPERTY**

| Recommended Local Form: | ☐ Followed | ☒ Modified |

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: June 29, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon consideration of the Debtor's Motion to Sell Property commonly known as 21 Cliffwood Drive, Neptune, NJ 07753 (the "Real Property") together with the Trustee's Objection thereto,

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the Real Property unless the liens are otherwise avoided by court order. Until such satisfaction the Real Property is not free and clear of liens.

3. In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore, the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professionals: | Coldwell Banker / Oliver & Legg |
| Amount to be paid: | 5% of Sale Price / $2,500 |
| Services rendered: | Real Estate Broker / Attorney for Seller |

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $23,675 claimed as exempt may be paid to the Debtor.

6. The balance of the proceeds, to the extent necessary to pay off all allowable claims at 100 percent, shall be held by the Trustee in a trust account pending the filing and adjudication of a modified plan as provided for in paragraph 9.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee within seven days after closing.

8. The Stay as authorized by Rule 6004(h) is waived and the sale may proceed without the

expiration of the 14-day period per the Rule.

9. Should the Trustee wish to seek any of the proceeds, held pursuant to paragraph 6 of this Order, above and beyond the terms set forth in this Court's most recent Confirming Order, the Trustee shall file a proposed modified plan within 30 days of the execution of this Order, or 14 days of receipt of the proceeds, whichever is later.  If the Trustee fails to file a modified plan as provided herein, the Trustee shall pay off the Chapter 13 Plan as confirmed, and promptly return the excess funds to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-34431-MBK
Alexis Ann Buhl  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Jun 29, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

**Recip ID**     **Recipient Name and Address**
db     #+   Alexis Ann Buhl, 21 Cliffwood Drive, Neptune, NJ 07753-5895

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor QUICKEN LOANS INC. shay@bbs-law.com jpshay@gmail.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 29, 2021 | Form ID: pdf903 | Total Noticed: 1

Nicholas V. Rogers
    on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com

Robert Cameron Legg
    on behalf of Debtor Alexis Ann Buhl clegg@oliverandlegg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
    on behalf of Debtor Alexis Ann Buhl courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 9