```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

Caption in Compliance with D.N.J. LBR 9004-2(c)

OLIVER & LEGG, LLC
2240 Highway 33, Suite 112, PO Box 667
Neptune, NJ 07753
bkwoliver@aol.com
732-988-1500/FAX 732-775-7404

In re:

ALEXIS ANN BUHL,

        Debtor

**Order Filed on July 16, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 16-34431

Chapter: 13

Hearing Date: 7/14/21 @ 1:00 pm

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through __2__ is hereby **ORDERED.**

**DATED: July 16, 2021**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERD** that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _3,098_____ for services rendered and expenses in the amount of  $ ___188____ for a total of $ __3,286_____.  The allowance shall be payable:

    _xx_ through the Chapter 13 plan as an administrative priority.

    ____ outside the plan.

**AND IT IS ORDERD** that __William H. Oliver, Jr.__, the applicant, is also allowed a fee of  $3,098___ for services rendered in regard to the Sale of Property located at 21 Cliffwood Drive, Neptune, New Jersey.  The allowance shall be payable:

    _____ through the Chapter 1`3 Plan as an administrative priority.

    __XX__ outside the plan.