**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Alexis Ann Buhl<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6846<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–34431–MBK | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alexis Ann Buhl

8/13/21                          **By the court:** Michael B. Kaplan
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 16-34431-MBK

Alexis Ann Buhl                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Alexis Ann Buhl, 21 Cliffwood Drive, Neptune, NJ 07753-5895 |
| r | + | Coldwell Banker Realty, 1512 Highway 138, Wall, NJ 07719-3706 |
| cr | + | QUICKEN LOANS INC., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | United Teletech Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 516566689 | #+ | Alert Ambulance, P.O. Box 192, Brick, NJ 08723-0192 |
| 516566693 | + | Celetano, Stadtmauer & Walentowicz, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 516566694 | + | Convergent, PO Box 1022, Wixom, MI 48393-1022 |
| 516566697 | + | Foreclosure Processing Services, Superior Court Clerk, PO Box 971, Trenton, NJ 08625-0971 |
| 516566698 | + | Gem Ambulance LLC, Po Box 826611, Philadelphia, PA 19182-6611 |
| 516566699 | + | Genesis Healthcare, 3 Industrial Way East, Eatontown, NJ 07724-3318 |
| 516566702 | + | Jersey Shore Center, Po Box 7247-6522, Philadelphia, PA 19170-0001 |
| 516566703 | + | Jersey Shore IP-Meridian, 1929 State Rt 33, Neptune, NJ 07753 |
| 516566704 | + | Jersey Shore University Medical Center, P.O. Box 650292, Dallas, TX 75265-0292 |
| 516566705 | + | Kay Jewelers/Sterling Jewelers Inc., Sterling Jewelers, Po Box 1799, Akron, OH 44309-1799 |
| 516683689 | + | Monmouth Ocean Hospital Svc. Corp., C/O GEM Recovery Sys., 99 Kinderkamack Rd., Ste. 307, Westwood, NJ 07675-3021 |
| 516566709 | + | Neptune Garden Nursing And Rehab LLC, 101 Walnut Street, Neptune, NJ 07753-4301 |
| 516566710 | + | Neptune Gardens, 101 Walnut Street, Neptune, NJ 07753-4301 |
| 516566711 | + | Neuropsychology and Counseling Asso., 1683 Route 88, Suite A, Brick, NJ 08724-3065 |
| 516566712 | + | New Jersey Ez-Pass, RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 516566713 | + | New Jersey Turnpike Authority, 5581 Main St Admin Bldg, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 516566714 | | Omniacare of Edison, Po Box 713611, Cincinnati, OH 45271-3611 |
| 516566716 | + | PAM LLC New Jersey E-Z Pass, Po Box 1642, Milwaukee, WI 53201-1642 |
| 516566717 | + | Phelan Hallinan & Diamond & Jones, Pc., 400 Fellowshsip Road Suite 100, Mount Laurel, NJ 08054-3437 |
| 516566719 | + | Regional Cancer Care Associates LLC, 25 Main Street, Hackensack, NJ 07601-7083 |
| 516566720 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516566724 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 187, Trenton, NJ 08695-0187 |
| 516566723 | + | Shore Radiation Oncology LLC, PO Box 845592, Dallas, TX 75284-5592 |
| 516566726 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 516566728 | + | University Radiology Group, P.O. Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Aug 14 2021 00:28:00 | Internal Revenue Service, PO Box 7436, |

Case 16-34431-MBK    Doc 85    Filed 08/15/21    Entered 08/16/21 00:14:24    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7436 |
| lm | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 13 2021 20:31:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 516566690 | + | Email/Text: bankruptcies@amerassist.com | Aug 13 2021 20:32:00 | Amer Assist A/R Solutions, 445 Hutchinson Ave, Suite 500, Columbus, OH 43235-8616 |
| 516652240 | | EDI: AIS.COM | Aug 14 2021 00:28:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516566691 | + | EDI: CAPIO.COM | Aug 14 2021 00:28:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 516566692 | + | EDI: CAPITALONE.COM | Aug 14 2021 00:28:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516566695 | + | EDI: CCS.COM | Aug 14 2021 00:28:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 516566707 | + | EDI: CITICORP.COM | Aug 14 2021 00:28:00 | Macy, Po Box 8061, Mason, OH 45040 |
| 516786284 | | EDI: Q3G.COM | Aug 14 2021 00:28:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516566696 | + | Email/Text: EBN_Waco@Receivemorermp.com | Aug 13 2021 20:32:00 | Financial Control Services, 200 N. New Road,, P O Box 21626, Waco, TX 76702-1626 |
| 516566701 | + | Email/Text: BKRMailOPS@weltman.com | Aug 13 2021 20:31:00 | Jared the Galleria Of Jewelry, PO Box 740425, Cincinnati, OH 45274-0425 |
| 516566706 | + | EDI: RMCB.COM | Aug 14 2021 00:28:00 | Laboratory Corp of america, c/o AMCA, Po Box 1235, Elmsford, NY 10523-0935 |
| 516566708 | | Email/Text: Meridianbankruptcy@hackensackmeridian.org | Aug 13 2021 20:31:00 | Meridian Health, PO Box 397, Neptune, NJ 07754-0397 |
| 516566715 | + | Email/Text: bcwrtoff@cablevision.com | Aug 13 2021 20:31:00 | Optimum, 1501 18th Ave., Belmar, NJ 07719-3721 |
| 516806787 | + | EDI: RECOVERYCORP.COM | Aug 14 2021 00:28:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516819001 | | EDI: PRA.COM | Aug 14 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 518174207 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 13 2021 20:31:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 516611473 | | EDI: Q3G.COM | Aug 14 2021 00:28:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516611474 | | EDI: Q3G.COM | Aug 14 2021 00:28:00 | Quantum3 Group LLC as agent for, CP Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516566718 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 13 2021 20:31:00 | Quicken Loans, 1050 Woodwad Ave, Detroit, MI 48226-3573 |
| 516566722 | | EDI: RMCB.COM | Aug 14 2021 00:28:00 | RMCB, P. O. Box 1235, Elmsford, NY 10523-0935 |
| 516566721 | + | Email/Text: bankruptcy@certifiedcollection.com | Aug 13 2021 20:31:00 | Riverview Op-Meridian Heathsystem, C/o Certified Credit & Collection Bureau, P.O. Box 336, Raritan, NJ 08869-0336 |
| 516584788 | + | Email/Text: ecf@buckleyking.com | Aug 13 2021 20:31:00 | Sterling Jewelers, Inc., dba Jared The Galleria of Jewelry, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 516566725 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 13 2021 20:31:00 | Transworld Systems Inc, Po Box 15520, Wilmington, DE 19850-5520 |
| 516566727 | | Email/Text: opsdept@utcu.org | | |

| | | | Aug 13 2021 20:31:00 | United Teletech Fin Fc, 205 Hance Ave, Tinton Falls, NJ 07724 |
|---|---|---|---|---|
| 516566729 | + | EDI: USAA.COM | Aug 14 2021 00:28:00 | Usaa Federal Savings Bank, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 516566730 | + | EDI: USAA.COM | Aug 14 2021 00:28:00 | Usaa Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |
| 516566731 | + | EDI: VERIZONCOMB.COM | Aug 14 2021 00:28:00 | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |
| 516566732 | + | EDI: CITICORP.COM | Aug 14 2021 00:28:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516688711 | | QUICKEN LOANS INC. |
| 516636602 | * | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 516566700 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 516710005 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| James Patrick Shay | on behalf of Creditor QUICKEN LOANS INC. shay@bbs-law.com jpshay@gmail.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| Nicholas V. Rogers | |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Aug 13, 2021 | Form ID: 3180W | Total Noticed: 60

|  |  |
|---|---|
|  | on behalf of Creditor QUICKEN LOANS INC. nj.bkecf@fedphe.com |
| Robert Cameron Legg | |
|  | on behalf of Debtor Alexis Ann Buhl clegg@oliverandlegg.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | |
|  | on behalf of Debtor Alexis Ann Buhl courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 9